*MADE JS-6*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATE HOFFMAN, | Case No.  CV 12-60-GW(JEMx) |
| Plaintiff, | |
| v. | **ORDER TO DISMISS** |
| O THREE MEDIA, LLC, et al., | |
| Defendants. | |

   Based upon the Notice of Dismissal filed on May 17, 2013, it is hereby ORDERED that this action is hereby dismissed in its entirety.

   IT IS SO ORDERED.

Dated: May 22, 2013

BY THE COURT

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT COURT